UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

JOEL MAGED

Case No. 11-04112-BKC-3F7

_____Debtor(s)._____

**TRUSTEE'S NOTICE OF INTENT TO SELL AT PRIVATE SALE**

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Ste. 3-350, Jacksonville, Florida 32202, serve a copy on the movant's attorney at his address indicated below and a copy to the U.S. Trustee, 135 West Central Blvd., #620 Orlando, Florida 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

The trustee gives notice that he intends to sell the following property of the bankruptcy estate: 2006 Chevrolet Impala, VIN - 2G1WT58K369158067, for the sum of $3,800.00, which has now been paid in full. The sale is as is with all faults. There are no warranties, either express or implied. The sales price is related to the values on the schedules less available exemptions. The property is not subject to a lien. The purchaser is the debtor. There are no negative tax consequences. The trustee believes that selling to the debtor will net more for the estate than by selling to third parties because it saves the costs of transport, storage and liquidation, e.g., auctioneer's fees.

The trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth above and/or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time within which parties may object to the proposed sale, will entertain any higher bids for the purchase of the asset(s) being sold. Such bids must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than twenty one (21) days from the date of this notice. Should a higher bid be received, the trustee will conduct a telephone auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated October 10, 2011.

_____
GREGORY K. CREWS, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750
Florida Bar No. 172772

Mailed to creditors and parties in interest on October 10, 2011.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**JOEL MAGED**  Case No. **11-04112-BKC-3F7**

_____**Debtor(s).**_____

### CERTIFICATE OF SERVICE OF TRUSTEE'S
### NOTICE OF INTENT TO SELL AT PRIVATE SALE

I certify, under penalty of perjury, that on October _10_, 2011, a copy of Trustee's Notice of Intent to Sell at Private was mailed by using the CM/ECF system which will send a notice of the electronic filing to CM/ECF participants and that I mailed a copy of it by first class mail to non-CM/ECF participants as listed on the attached matrix.

_____
Gregory K. Crews, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750

Label Matrix for local noticing
113A-3
Case 3:11-bk-04112-JAF
Middle District of Florida
Jacksonville
Mon Oct 10 13:32:13 EDT 2011

Apria Healthcare
1328 S. Highland Ave.
Jackson, TN 38301-7369

Bank Of America
P.O. Box 15026
Wilmington, DE 19850-5026

Bonded Collection Corp
PO Box 1022
Wixom, MI 48393-1022

Rebecca A Briggs
Rebecca Briggs, P.A.
4411 E. Arlington Street
Inverness, FL 34453-1665

Chase
Po Box 15145
Wilmington, DE 19850-5145

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

CitiFinancial Bankruptcy Dep
P.O. Box 140489
Irving, TX 75014-0489

Citrus County Tax Collector
210 N. Apopka Ave Ste 100
Inverness FL 34450-4298

Credit Coll/USA
P.O. Box 873
Morgantown, WV 26507-0873

Gregory K. Crews
8584 Arlington Expressway
Jacksonville, FL 32211-8003

Gregory K. Crews, as Trustee
8584 Arlington Expressway
Jacksonville, FL 32211-8003

Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs Llc
PO Box 15316
Wilmington, DE 19850-5316

FIA CARD SERVICES, N.A.
PO Box 15102
Wilmington, DE 19886-5102

Florida Dept of Labor and Security
Hartman Building, Suite 307
2012 Capital Circle, Southeast
Tallahassee, FL 32399-6583

Florida Dept of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Frederick J. Hanna & Assoc
1427 Roswell Road
Marietta, GA 30062-3668

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Joel Maged
8765 N. Farrington Drive
Citrus Springs, FL 34433-4717

Midland Funding LLC
8875 Aero Drive
Suite 200
San Diego, CA 92123-2255

Northstar Location Services
4285 Genesee Street
Buffalo, NY 14225-1943

Ocala Endodontic
3201 SW 34th Ave
Suite 204
Ocala, FL 34474-8471

Patrick A. Carey, Esq.
10967 Lake Underhill Road
Unit 125
Orlando, FL 32825-4454

United States Trustee
135 W Central Blvd, Suite 620
Orlando, FL 32801-2440

United States Trustee - JAX 7
135 W Central Blvd Suite 620
Orlando, FL 32801-2440

Unvl/Citi
Po Box 6500
Sioux Falls, SD 57117-6500

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Jerry A. Funk
Jacksonville

End of Label Matrix
Mailable recipients   27
Bypassed recipients    1
Total                 28